United States District Court
Southern District of Texas
**ENTERED**
October 20, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| WESCO INSURANCE COMPANY | § | |
| | § | |
| V. | § | |
| | § | No. 3:21-CV-181 |
| MOODY NATIONAL BANK and | § | |
| MOODY BANCSHARES, INC. | § | |

# **ORDER**

Before the court is the plaintiff/counter-defendant Wesco Insurance Company and the defendants/counter-plaintiffs Moody National Bank and Moody Bancshares, Inc.'s agreed motion to extend the deadline to file summary judgment responses. Dkt. 29. That motion is granted. The deadline for the parties to file their responses to the respective Motions for Summary Judgment is Friday, October 28, 2022, and the parties' respective reply briefs are due on Friday, November 4, 2022.

Signed on Galveston Island this 20th day of October, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE