United States District Court
Southern District of Texas
**ENTERED**
June 05, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| WESCO INSURANCE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 3:21-CV-181 |
| | § | |
| MOODY NATIONAL BANK and | § | |
| MOODY BANCSHARES, INC., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Before the court is the parties' joint motion to dismiss with prejudice.

Dkt. 59. Having considered the motion, the court hereby DISMISSES WITH

PREJUDICE all claims and causes of action asserted in this case.

Each party to bear their/its own respective costs and attorneys'

fees. Signed on Galveston Island this 5th day of June, 2023.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE